**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PREMIER INTERNATIONAL ASSOCIATES, LLC,<br><br>Plaintiff,<br>v.<br><br>DISH NETWORK CORPORATION,<br>DISH DBS CORPORATION,<br>DISH NETWORK L.L.C.,<br>ECHOSTAR CORPORATION, and<br>ECHOSTAR TECHNOLOGIES L.L.C,<br><br>Defendants. | Civil Action No.1:12-CV-06135<br><br>Honorable Gary Feinerman |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, PREMIER INTERNATIONAL ASSOCIATES, LLC ("Plaintiff"), and Defendants, DISH NETWORK CORPORATION, DISH DBS CORPORATION, DISH NETWORK L.L.C., ECHOSTAR CORPORATION, and ECHOSTAR TECHNOLOGIES L.L.C. (collectively referred to as "Defendants"), by and through their respective attorneys, hereby stipulate and agree as follows:

Plaintiff and Defendants stipulate and agree that the subject litigation, Civ. Action No. 1:12-CV-06135, should be dismissed with prejudice with respect to Plaintiff's claims against Defendants and with respect to Defendants' counterclaims against Plaintiff. All issues have been resolved, the matter has settled in its entirety, and each party is to bear its own fees, costs, and expenses.

VANEK, VICKERS & MASINI, P.C.

*/s/ Jeffrey R. Moran*

Jeffrey R. Moran, Esq.
55 W. Monroe
Suite 3500
Chicago, Illinois 60603
312-224-1500
Email: jmoran@vaneklaw.com

*Attorney for Plaintiff*

MORRISON & FOERSTER LLP

*/s/ Scott F. Llewellyn,*
*with permission by Jeffrey Moran*

Scott F. Llewellyn, Esq.
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
303-592-1510
sllewellyn@mofo.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 27, 2013. Any other counsel of record will be served by electronic mail on this same date.

*/s/ Jeffrey R. Moran*